UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MIKE HOLLOWAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:19 CV 320 RWS |
| | ) | |
| UNION PACIFIC RAILROAD CO., | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

In response to this Court's April 24, 2019, Memorandum and Order to Show Cause, plaintiff states that he has opted out of the class action in *Harris v. Union Pac. R.R. Co.*, Case No. 8: 16 CV 831, 2019 WL 460388, at *8-*9 (D. Neb. Feb. 5, 2019), but that he has no objection to his case being transferred to the District of Nebraska given his allegation that his individual claims involve the same allegedly discriminatory policies at issue in the class action.

Accordingly,

**IT IS HEREBY ORDERED** that **defendant shall file a memorandum with the Court no later than noon on May 2, 2019, advising whether it consents to the transfer of this case to the District of Nebraska. If defendant objects to transfer, its memorandum shall include the factual and legal basis for objecting to such transfer.**

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 30th day of April, 2019.